No. 89–5322.   WHITE *v.* DENVER DISTRICT COURT ET AL. Sup. Ct. Colo.   Certiorari denied.

No. 89–5323.   BIRDEN *v.* NEW YORK.   Ct. Cl. N. Y.   Certiorari denied.

No. 89–5324.   FARROW *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–5328.   HERRERA *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 89–5329.   ALADENOYE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–5332.   JACKSON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–5338.   HARDEN *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 89–5339.   BROWN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–5340.   SMITH ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 89–5341.   SHAH *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 89–5342.   MARINO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 89–5345.   MILLS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 89–5347.   SMITH *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–5351.   TARVER *v.* PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT PITTSBURGH, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–5352.   PRADO *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.